*State, Respondent, v. Severson, Petitioner*, No. 93400-2. Petition for review of a decision of the Court of Appeals, No. 46359-8-II, March 29, 2016, 193 Wn. App. 1010. *Denied* November 2, 2016.

*State, Respondent, v. McCracken, Petitioner*, No. 93401-1. Petition for review of a decision of the Court of Appeals, No. 47277-5-II, July 6, 2016, 194 Wn. App. 1050. *Denied* November 2, 2016.

*State, Respondent, v. Hunter, Petitioner*, No. 93404-5. Petition for review of a decision of the Court of Appeals, No. 73252-8-I, June 20, 2016, 194 Wn. App. 1036. *Denied* November 2, 2016.

*Potelco Inc., Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 93406-1. Petition for review of a decision of the Court of Appeals, No. 73226-9-I, June 13, 2016, 194 Wn. App. 428. *Denied* November 2, 2016.

*Keatley, Respondent, v. Bruner, Petitioner*, No. 93416-9. Petition for review of a decision of the Court of Appeals, No. 74849-1-I, May 23, 2016, 194 Wn. App. 1010. *Denied* November 2, 2016.

State, Respondent, v. Perez Gomez, Petitioner, No. 93328-6. Petition for review of a decision of the Court of Appeals, Nos. 32870-8-III and 32990-9-III, June 2, 2016. *Denied* November 2, 2016.

In re Personal Restraint of Caldellis, Petitioner, No. 89585-6. Motion for discretionary review of a decision of the Court of Appeals, No. 67090-5-I, October 25, 2013. *Granted* March 30, 2016.